| ☐ County Court  ☒ District Court | |
|---|---|
| County, Colorado | |
| United States District Court Colorado | |
| **Plaintiff:** Chandra Watkins<br>v.<br>**Defendant:** Frontier Airlines, Inc | ▲ **COURT USE ONLY** ▲ |
| Attorney or Party Without Attorney: | Case Number: 22-CV-02997-REB |
| Phone Number:          E-mail:<br>FAX Number:          Atty. Reg. #: | Division_____ Courtroom_____ |

## RETURN OF SERVICE

Received by Professional Process Servers, LLC to be served on **Frontier Airlines, Inc, 4545 Airport Way, Denver, CO 80239**.

I, Thomas Cromley, do hereby affirm that on the **22nd day of November, 2022 at 2:50 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **Summons; Civil Case Cover Sheet; Complaint** to: **Valerie Tyler** as **Senior Director Of Legal** at the address of: **4545 Airport Way, Denver, CO 80239**, who stated they are authorized to accept service for **Frontier Airlines, Inc**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 145, Hair: Red, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

_____
Signature of Process Server

**Thomas Cromley**
Process Server

Professional Process Servers, LLC
998 East Davies Avenue
Centennial, CO 80122
(303) 515-7250

Reference: Watkins          RETURN OF SERVICE          Page 1 of 1
                                                        Job Number: LSK-2022004713