IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:22-cv-02997-KLM

CHANDRA WATKINS,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

As provided by D.C.COLO.LCivR 6.1, Plaintiff Chandra Watkins and Defendant Frontier Airlines, Inc. ("Frontier") stipulate that Frontier may have an additional 21 days within which to answer or otherwise respond to Plaintiff's complaint. Frontier was served on November 22, 2022. Therefore, the answer deadline is currently December 13, 2022. Fed. R. Civ. P. 12(a)(1)(A)(i).

In light of this stipulation, and under D.C.COLO.LCivR 6.1(a), the deadline to answer or otherwise respond is extended to January 3, 2023.

There have been no previous requests for extensions of this deadline. As required by D.C.COLO.LCivR 6.1 (c), the undersigned counsel will serve a copy of this stipulation on their respective clients.

Respectfully submitted this 9th day of December, 2022.

| | |
|---|---|
| *s/ Stephen E. Baumann* | *s/ Sara A. Green* |
| Stephen E. Baumann | Sara A. Green |
| Hannah J. Fitzgerald | BACHUS & SCHANKER, L.L.C. |
| LITTLER MENDELSON, P.C. | 101 W. Colfax Ave., Suite 650 |
| 1900 Sixteenth Street, Suite 800 | Denver, Colorado 80202 |
| Denver, CO  80202 | Phone Number: (303) 893-9800 |
| Telephone: (303) 629-6200 | Fax Number: (303) 893-9900 |
| Facsimile: (303) 629-0200 | Email: sara.green@coloradolaw.net |
| Email:  sbaumann@littler.com | |
|         hfitzgerald@littler.com | *ATTORNEY FOR PLAINTIFF* |
| | *CHANDRA WATKINS* |
| *ATTORNEYS FOR DEFENDANT* | |
| *FRONTIER AIRLINES, INC.* | |

### CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December, 2022, a true and correct copy of the foregoing **STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** was filed via the CM/ECF system which caused a copy to be served upon the following:

Sara A. Green
BACHUS & SCHANKER, L.L.C.
101 W. Colfax Ave., Suite 650
Denver, Colorado 80202
Phone Number: (303) 893-9800
Email: sara.green@coloradolaw.net

*Attorney for Plaintiff*

*s/ Elisabeth L. Egan*
Elisabeth L. Egan

2