IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:22-cv-02997-KLM

CHANDRA WATKINS,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to FED.R.CIV.P. 7.1, notice is hereby given by counsel of record for Frontier Airlines, Inc. ("Frontier"), that the following corporate interests are disclosed:

1.    The parent companies of the corporation: Frontier Airlines Holdings, Inc., which is wholly owned by Frontier Group Holdings, Inc.

2.    Publicly held entities that own 10% or more of Frontier's stock: Frontier Group Holdings, Inc.

Respectfully submitted this 3rd day of January, 2023.

        *s/ Hannah J. Fitzgerald*
        Stephen E. Baumann
        Carolyn B. Theis
        Hannah J. Fitzgerald
        LITTLER MENDELSON, P.C.
        1900 Sixteenth Street, Suite 800
        Denver, CO  80202
        Telephone: (303) 629-6200
        Facsimile: (303) 629-0200
        Email:  sbaumann@littler.com
                catheis@littler.com

hfitzgerald@littler.com

*Attorneys for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January, 2023, a true and correct copy of the foregoing **CORPORATE DISCLOSURE STATEMENT** was filed via the CM/ECF system which caused a copy to be served upon the following:

Sara A. Green
BACHUS & SCHANKER, L.L.C.
101 W. Colfax Ave., Suite 650
Denver, Colorado 80202
Phone Number: (303) 893-9800
Email: sara.green@coloradolaw.net

*Attorney for Plaintiff*

*s/ Elisabeth L. Egan*
Elisabeth L. Egan