**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-02997-KLM

CHANDRA WATKINS, *individually*,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

**JOINT MOTION TO VACATE SCHEDULING CONFERENCE OR ALTERNATIVELY, PERMIT THE PARTIES TO APPEAR BY TELEPHONE**

---

Plaintiff Chandra Watkins and Defendant Frontier Airlines, Inc., by and through their undersigned counsel, jointly move for an order vacating the Scheduling Conference set for January 26, 2023 or in the alternative, permitting the parties to attend the Scheduling Conference by telephone. In support of this motion, the parties state as follows:

1. Counsel for both parties held the Rule 26(f) meeting by telephone on January 13, 2023, conferring regarding the Proposed Scheduling Order, which the parties will be filing jointly, and the relief requested in this motion.

2. During the meeting, Plaintiff's counsel indicated that she has relocated to Tampa, Florida and therefore, that it would be a hardship to return to Denver for the Scheduling Conference scheduled for January 26, 2023 at 10 a.m. MST.

3. In response, counsel for Defendant proposed (a) jointly moving to vacate the Scheduling Conference given that there will not be any contentious issues presented and to preserve both client and judicial resources, or (b) jointly moving for an order allowing both parties to appear telephonically.

4. Plaintiff does not oppose either form of relief proposed by Defendant.

Wherefore, the parties respectfully request that the Court vacate the Scheduling Conference set for January 26, 2023 or alternatively, permit the parties to appear by telephone.

Respectfully submitted this 19th day of January, 2023,

| *s/ Sara A. Green* | *s/ Carolyn B. Theis* |
|---|---|
| Sara A. Green | Stephen E. Baumann II |
| Bachus & Schanker, LLC | Carolyn B. Theis |
| 101 W. Colfax Ave., Suite 650 | Hannah Fitzgerald |
| Denver, Colorado 80202 | Littler Mendelson, P.C. |
| Telephone: 303-893-9800 | 1900 16th Street, Suite 800 |
| Email: sara.green@coloradolaw.net | Denver, CO  80202 |
| | Telephone:  303.629.6200 |
| *Attorney for Plaintiff* | Email: sbaumann@littler.com |
| | catheis@littler.com |
| | hfitzgerald@littler.com |
| | |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 19, 2023, I electronically filed the foregoing **JOINT MOTION TO VACATE SCHEDULING CONFERENCE OR ALTERNATIVELY, PERMIT THE PARTIES TO APPEAR BY TELEPHONE** with the Clerk of Court using CM/ECF.

Sara A. Green
Bachus & Schanker, LLC
101 W. Colfax Ave., Suite 650
Denver, Colorado 80202
Telephone: 303-893-9800
Email: sara.green@coloradolaw.net

*Attorney for Plaintiff*

*s/ Joanna Fox*
Joanna Fox, Legal Secretary