IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02997-KLM

CHANDRA WATKINS,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Joint Motion to Vacate Scheduling Conference or, Alternatively, Permit the Parties to Appear by Telephone** [#12] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#12] is **GRANTED IN PART AND DENIED IN PART**. The request to vacate the Scheduling Conference, and not hold one at all, is **DENIED**. The request for the parties to appear by telephone is **GRANTED**.

    IT IS FURTHER **ORDERED** that participating counsel or parties shall call the Court at 888-363-4749, Access Code: 2115325#, at the time of the Scheduling Conference.

    IT IS FURTHER **ORDERED** that the parties shall file the Consent/Non-Consent to United States Magistrate Judge Jurisdiction form [#3-1] by **January 23, 2023**.

    Dated:  January 20, 2023