IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | FTR - Reporter Deck - Courtroom A-401 |
| Date: January 26, 2023 | Alfred A. Arraj United States Courthouse |

Civil Action No. 22-cv-02997-PAB-KLM

*Parties*:  *Counsel*:

CHANDRA WATKINS,  Sara Green

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,  Carolyn Theis
 Stephen Baumann

    Defendant.

**COURTROOM MINUTES**

**RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:   10:06 a.m.**
Court calls case. Appearances of counsel.

**ORDERED:**   Plaintiff to file a supplement to Section 5 of the Scheduling Order **no later than February 9, 2023.**

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**
Deadline for Joinder of Parties**: February 1, 2023.**

Discovery Cut-off: **August 21, 2023.**

Dispositive Motions Deadline: **September 21, 2023.**

Parties shall designate affirmative experts **on or before May 26, 2023.**

Parties shall designate rebuttal experts **on or before June 26, 2023.**

Each party shall be limited to **two (2)** retained expert witnesses, and no more than **one (1)** expert per subject matter area of expertise, absent further leave of Court.

Each side shall be limited to **five (5)** depositions, **twenty-five (25)** interrogatories, **twenty-five (25)** requests for production and **twenty-five (25)** requests for admissions, absent further leave of Court.

**Counsel shall call the Court by joint conference call for hearings regarding unresolved discovery disputes prior to filing any discovery motions.**

No **STATUS CONFERENCE** is set at this time. If the Court determines one is necessary, one will be set by Minute Order. The parties may request a status conference by contacting Chambers (303) 335-2770, preferably as a joint conference call, and request that one be set.

**FINAL PRETRIAL CONFERENCE** is set for **March 19, 2024 at 10:00 a.m.** before Magistrate Judge Kristen L. Mix. Final Pretrial Order is due **no later than seven (7) days** before the Final Pretrial Conference. (See the court's website [www.cod.uscourts.gov](www.cod.uscourts.gov) for Instructions for Preparation and Submission).  In accordance with FED.R.Civ.P. 16(d), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

Counsel and the parties must notify chambers (303-335-2770) at least **3 business days in advance** of any hearing requiring presentation of documentary evidence, so that the courtroom can be equipped with the appropriate electronic technology.

**TRIAL:**  A **Trial Preparation Conference and Trial** will be set at a future date before the Honorable Philip A. Brimmer.

Court discusses Magistrate Judge Mix's "Requirements of Practice" with counsel.

- Scheduling Order is signed and entered with interlineations on January 26, 2023.

HEARING CONCLUDED.
**Court in recess:     10:12 a.m.**
Total Time:     00:06


To order transcripts of hearings, please contact either AB Litigation Services at (303) 629-8534 or Patterson Transcription Company at (303) 755-4536.