**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-02997-PAB-KLM

CHANDRA WATKINS,

      Plaintiff,

v.

FRONTIER AIRLINES, INC.,

      Defendant.

---

**STIPULATED ORDER**

---

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

_s/ Sara A. Green_

Sara A. Green
Bachus & Schanker, LLC
101 W. Colfax Ave., Suite 650
Denver, Colorado 80202
Telephone: 303-893-9800
Email: sara.green@coloradolaw.net

**_Attorneys for Plaintiff_**

_s/ Stephen E. Baumann II_

Stephen E. Baumann II
Carolyn B. Theis
Hannah J. Fitzgerald
Littler Mendelson, P.C.
1900 16th Street, Suite 800
Denver, Colorado  80202
Telephone:  303.629.6200
Email:  sbaumann@littler.com
          catheis@littler.com
          hfitzgerald@littler.com

**_Attorneys for Defendant_**

**SO ORDERED**

Dated: _____

_____
Hon. Kristen L. Mix
United States Magistrate Judge