**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-02997-PAB-KLM

CHANDRA WATKINS,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

**STIPULATED ORDER**

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| | |
|---|---|
| *s/ Sara A. Green* | *s/ Stephen E. Baumann II* |
| Sara A. Green | Stephen E. Baumann II |
| Bachus & Schanker, LLC | Carolyn B. Theis |
| 101 W. Colfax Ave., Suite 650 | Hannah J. Fitzgerald |
| Denver, Colorado 80202 | Littler Mendelson, P.C. |
| Telephone: 303-893-9800 | 1900 16th Street, Suite 800 |
| Email: sara.green@coloradolaw.net | Denver, Colorado 80202 |
| | Telephone: 303.629.6200 |
| **Attorneys for Plaintiff** | Email: sbaumann@littler.com |
| | catheis@littler.com |
| | hfitzgerald@littler.com |
| | |
| | **Attorneys for Defendant** |

**SO ORDERED**

Dated: __10 Feb 2023__

_____
Hon. Kristen L. Mix
United States Magistrate Judge

2