# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02997-PAB-KLM

CHANDRA WATKINS,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## JOINT MOTION FOR ENTRY OF A PROTECTIVE ORDER

Pursuant to Paragraph 8(e) of the Court's Scheduling Order entered on January 26, 2023 [ECF No. 20], the parties, by and through their respective undersigned counsel, jointly move the Court to enter the proposed Protective Order, attached as <u>Exhibit A</u>, as an Order of the Court, to protect the discovery and dissemination of personal, confidential, or proprietary information. In support of this Joint Motion, the parties state as follows:

    1.    Pursuant to FED. R. CIV. P. 26(c), this Court "may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense."  One type of protective order—a blanket protective order—"place[s] upon the parties themselves, or others from whom discovery is sought, the initial burden of determining what information is entitled to protection."  *Gillard v. Boulder Valley Sch. Dist. Re-2*, 196 F.R.D. 382, 386 (D. Colo. 2000).  "Blanket protective orders routinely are approved by courts in civil cases, frequently on the stipulated request of the parties."  *Id.*

2. Good cause exists to enter a blanket protective order in this case.

3. Plaintiff alleges that Defendant, her former employer, discriminated and retaliated against her on the basis of her alleged disability (alcoholism) in violation of the Americans with Disabilities Act ("ADA") when it terminated her employment on or about April 2, 2021. *See generally* Pl.'s Compl. [ECF No. 1]. Defendant denies Plaintiff's allegations and contends that it terminated Plaintiff's employment because she failed to abide by its Voluntary Self-Disclosure (VSD) Program requirements, a legitimate, non-discriminatory, and non-retaliatory reason. *See generally* Def.'s Answer [ECF No. 9] and Scheduling Order [ECF No. 20] at p. 3.

4. Given the nature of Plaintiff's claims and Defendant's defenses, the parties reasonably anticipate that discovery will involve the exchange of certain confidential documents and information reflecting medical and other private information concerning Defendant's employees as well as certain other confidential and/or proprietary information belonging to Defendant.

5. The parties believe that a protective order is necessary in this case, that properly designated confidential information should be protected from public disclosure, and that no party should be permitted to publicly disclose information properly designated as confidential by another party.

6. Entering a protective order now, at the outset of discovery, will minimize costs and delays associated with the Court's intervention in disputes regarding production during discovery of confidential and/or proprietary information.

7. Accordingly, in order to facilitate the expeditious exchange of information while protecting the confidentiality of any such confidential and/or proprietary information without the costs and delays associated with the Court's intervention, the parties respectfully request that the Court enter the proposed Protective Order attached as Exhibit A as an Order of the Court.

8. The proposed Protective Order is consistent with this Court's Practice Standards, which the parties have reviewed.

**WHEREFORE**, the parties respectfully request that this Court enter the proposed Protective Order attached as Exhibit A as an Order of the Court.

Respectfully submitted this 27th day of February, 2023.

| | |
|---|---|
| *s/ Sara A. Green* | *s/ Stephen E. Baumann II* |
| Sara A. Green | Stephen E. Baumann II |
| Bachus & Schanker, LLC | Carolyn B. Theis |
| 101 W. Colfax Ave., Suite 650 | Hannah J. Fitzgerald |
| Denver, Colorado 80202 | Littler Mendelson, P.C. |
| Telephone: 303-893-9800 | 1900 16th Street, Suite 800 |
| Email: sara.green@coloradolaw.net | Denver, Colorado 80202 |
| | Telephone: 303.629.6200 |
| *Attorneys for Plaintiff* | Email:  sbaumann @littler.com |
| |         catheis@littler.com |
| |         hfitzgerald@littler.com |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 27, 2023, I electronically filed the foregoing **JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER** with the Clerk of Court using CM/ECF, which served a copy on the following:

Sara A. Green
Bachus & Schanker, LLC
101 W. Colfax Ave., Suite 650
Denver, Colorado 80202
Telephone: 303-893-9800
Email: sara.green@coloradolaw.net

*Attorney for Plaintiff*

*s/ Joanna Fox*
Joanna Fox, Legal Secretary