IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02997-PAB-KLM

CHANDRA WATKINS,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Joint Motion for Entry of a Protective Order** [#24] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#24] is **GRANTED**.  The Protective Order [#24-1] supplied by the parties is **accepted** for filing, with interlineations, and entered as an Order of the Court as of the date of this Minute Order.

    Dated:   March 1, 2023