IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLORADO

Case No. 1:22-cv-02997-PAB-KLM

CHANDRA WATKINS,

Plaintiff,

v.

FRONTIER AIRLINES, INC.,
Defendant.

**NOTICE OF FIRM CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE** of the following change of address for Bachus & Schanker, LLC, effective **Monday, April 24, 2023**:

> Bachus & Schanker, LLC
> 950 17th Street, Suite 1050
> Denver, CO  80202

The telephone, fax and e-mail addresses will remain the same.  All future correspondence and service of pleadings should be directed to this address.

**DATED:** April 17, 2023

BACHUS & SCHANKER, L.L.C.

s/ Sara A. Green
Sara A. Green
101 W. Colfax Ave., Suite 650
Denver, Colorado 80202
303-893-9800
Sara.green@coloradolaw.net

## CERTIFICATE OF SERVICE

I certify that on April 17, 2023, the foregoing **NOTICE OF FIRM CHANGE OF ADDRESS** was filed with the Court and true and accurate copies were served electronically via Colorado Courts E-Filing System to the following:

Carolyn B. Theis
Littler Mendelson, P.C.
1900 16th Street, Suite 800
Denver, CO  80202
Telephone:  303.629.6200
*Attorney for Defendant*

                                      *s/ Victor Zamora*
                                      Victor Zamora