IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02997-PAB-KLM

CHANDRA WATKINS,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Chandra Watkins (collectively, "Plaintiff") and Defendant Frontier Airlines, Inc. ("Defendant") jointly stipulate that Plaintiff's claims are hereby dismissed in their entirety with prejudice and that each party will bear their own costs.

Respectfully submitted this 5th day of May, 2023.

| | |
|---|---|
| *s/ Sara A. Green* | *s/ Carolyn B. Theis* |
| Sara A. Green | Stephen E. Baumann II |
| Bachus & Schanker, LLC | Carolyn B. Theis |
| 101 W. Colfax Ave., Suite 650 | Hannah J. Fitzgerald |
| Denver, Colorado 80202 | Littler Mendelson, P.C. |
| Telephone: 303-893-9800 | 1900 16th Street, Suite 800 |
| Email: sara.green@coloradolaw.net | Denver, Colorado 80202 |
| | Telephone: 303.629.6200 |
| *Attorneys for Plaintiff* | Email:  sbaumann @littler.com |
| |          catheis@littler.com |
| |          hfitzgerald@littler.com |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 5, 2023, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using CM/ECF, which served a copy on the following:

Stephen E. Baumann II
Carolyn B. Theis
Hannah J. Fitzgerald
Littler Mendelson, P.C.
1900 16th Street, Suite 800
Denver, Colorado 80202
Telephone: 303.629.6200
Email:  sbaumann @littler.com
         catheis@littler.com
         hfitzgerald@littler.com

*Attorneys for Defendant*

*s/Victor Zamora*
Victor Zamora
